**Order filed February 4,, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00983-CV

_____

**APPROXIMATELY $59,528.00, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-18897**

---

## O R D E R

The notice of appeal in this case was filed October 30, 2013. To date, the filing fee has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1.

The clerk responsible for preparing the record in this appeal has informed the court that appellant has not made arrangements to pay for the record. See Tex. R. App. P. 35.3(a)(2). Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee to the clerk of this court on or before **February 19, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed. Appellant is further ordered to make arrangements to pay for the record and provide this court with proof of payment on or before **February 19, 2014.** If appellant fails to timely pay the filing fee and make arrangement to pay for the clerk's record, this appeal will be dismissed.

PER CURIAM